IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS EUGENE MOORE,

    Petitioner,                    No. CIV S-02-0007 DFL DAD P

    vs.

A.A. LAMARQUE, et al.,

    Respondents.             ORDER

                                  /

        Petitioner has requested an extension of time to file his statement pursuant to the court's June 1, 2006 order which required petitioner to demonstrate why the previously ordered stay should remain in place.[1] The court will grant the request for an extension of time. However, petitioner is cautioned that because this action has been stayed for over two years with little apparent progress being made with respect to the exhaustion of petitioner's unexhausted claims, the court will not look favorably upon any further delays. Therefore, IT IS HEREBY ORDERED that:

/////

---

[1] In that order, the court also instructed petitioner that he need not file further status reports with the court. Therefore, petitioner's fourteenth status report, filed on June 26, 2006, will be placed in the file and disregarded.

1

1. Petitioner's June 30, 2006 request for an extension of time is granted;

2. Petitioner shall file a response to the court's June 1, 2006 order on or before August 1, 2006; and

3. Petitioner's fourteenth status report, filed on June 26, 2006, shall be placed in the file and disregarded.

DATED: July 12, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:bb/4
moor0007.111(3)

2