IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS EUGENE MOORE,** | CIV S-02-0007 JAM DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **A.A. LAMARQUE, et al.,** | |
| Respondents. | |

Upon considering Respondents' request, and good cause appearing, Respondents shall have an additional 60 days, to and including October 31, 2008, to file a response to Petitioner's sixth amended petition for writ of habeas corpus.

DATED: August 27, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
moor0007.eot100