IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS EUGENE MOORE,

    Petitioner,                    No. CIV S-02-0007 JAM DAD P

    vs.

A.A. LAMARQUE, et al.,

    Respondents.                <u>ORDER</u>

_____/

        On July 16, 2008, petitioner filed a document styled, "Motion To Regard The Over-200 Pages Of Exhibits As The Supporting Document Exhibits To The May 19, 2008 Sixth Amended Petition For Writ Of Habeas Corpus" (Doc. No. 98), which the court construes as a request for reconsideration of the magistrate judge's amended order, filed July 3, 2008, denying plaintiff's May 19, 2008 motion for judicial notice (Doc. No. 84). Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

/////

1

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge, filed July 3, 2008, is affirmed.

DATED: 10/22/2008

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

/moor0007.850.98