IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS EUGENE MOORE,

    Petitioner,           No. CIV S-02-0007 JAM DAD P

   vs.

A.A. LAMARQUE, et al.,

    Respondents.        ORDER

_____/

       Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

       In addition, petitioner has requested an extension of time to file and serve an opposition to respondent's October 30, 2008 motion to dismiss. The request will be granted.

       Accordingly, IT IS HEREBY ORDERED that:

       1. Petitioner's November 14, 2008 motion for appointment of counsel (Docket No. 106) is denied without prejudice;

/////

        2. Petitioner's November 14, 2008 request for an extension of time (Docket No. 107) is granted; and

        3. Petitioner shall file and serve an opposition to respondent's October 30, 2008 motion to dismiss on or before December 30, 2008.

DATED: November 19, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp/4
moor0007.110+111