IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS EUGENE MOORE,

    Petitioner,                     No. CIV S-02-0007 JAM DAD P

    vs.

ANTHONY LAMARQUE, et al.,

    Respondents.               ORDER

        Petitioner has requested the appointment of counsel. For the same reasons indicated in the court's November 19, 2008 order, the request is denied.

        Accordingly, IT IS HEREBY ORDERED that petitioner's December 29, 2008 request for appointment of counsel (Docket No. 112) is denied.

DATED: January 8, 2009.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:md/4
moor0007.110(2)